**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

| | |
|---|---|
| In re:<br><br>655 CORPORATION,<br><br>               Debtor. | Chapter 11<br>Case No. 06-13020-JNF |
| 655 CORPORATION,<br><br>               Plaintiff<br><br>v.<br><br>NEW ENGLAND PHOENIX CO., INC., CATHAY BANK (as successor by merger to General Bank), LBM FINANCIAL LLC and BARBARA A. BUCKLEY,<br><br>               Defendants. | Adversary Proceeding No. 06-1435-JNF |

**655 CORPORATION'S OPPOSITION
TO DEFENDANT NEW ENGLAND PHOENIX CO., INC.'S
MOTION TO DISMISS THE AMENDED OBJECTION TO CLAIM AND
AMENDED COMPLAINT FOR DETERMINATION OF
VALIDITY, PRIORITY AND EXTENT OF ALLEGED
<u>SECURITY INTEREST AND RELATED RELIEF</u>**

To the Honorable Joan N. Feeney, United States Bankruptcy Judge:

      Pursuant to Fed. R. Bankr. P. 7012, 655 Corporation ("655") hereby opposes defendant *New England Phoenix Co., Inc.'s Motion to Dismiss the Amended Objection to Claim and Amended Complaint for Determination of Validity, Priority and Extent of Alleged Security Interest and Related Relief* (the "Motion to Dismiss"). 655's memorandum of law (the "655 Memorandum of Law") in support of 655's opposition to the Motion to Dismiss is being filed

contemporaneously herewith. 655's Memorandum of Law is incorporated herein by reference. In addition, on information and belief, Cathay Bank and LBM Financial LLC are filing a memorandum of law (the "Cathay/LBM Memorandum of Law") in support of their opposition to the Motion to Dismiss. To the extent that the Cathay/LBM Memorandum of Law supports 655's opposition to the Motion to Dismiss, the positions and arguments set forth therein are incorporated herein by reference. In further support hereof, 655 states as follows:

## VENUE AND JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

## BACKGROUND

2. On September 1, 2006, 655 filed a voluntary petition in this Court under chapter 11 of title 11 of the United States Code.

3. On December 14, 2006, 655 commenced this adversary proceeding by filing and serving its *Objection to Claim and Complaint for Determination of Validity, Priority and Extent of Alleged Security Interest and Related Relief* (the "Complaint").

4. On December 27, 2006, 655 amended its Complaint by filing an *Amended Objection to Claim and Amended Complaint for Determination of Validity, Priority and Extent of Alleged Security Interest and Related Relief* (the "Amended Complaint").

5. On February 14, 2007, New England Phoenix Co., Inc. filed the Motion to Dismiss.

OPPOSITION

6. Counts I through IV of the Amended Complaint are not barred by the statute of limitation set forth in M.G.L. c. 109A, § 10. Counts I through IV of the Amended Complaint state claims upon which relief can be granted.

7. Counts V through VII of the Amended Complaint state claims upon which relief can be granted.

WHEREFORE, 655 Corporation requests that this Court (i) sustain its opposition to the Motion to Dismiss and (ii) grant it such other and further relief as the Court deems just and proper.

April 17, 2007                                          655 CORPORATION,

                                                                               By its Attorneys,

/s/ Kathleen A. Rahbany
William R. Moorman, Jr. (BBO# 548593)
Kathleen A. Rahbany (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts  02210
(617) 367-9500
fax (617) 742-1788

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>655 CORPORATION,<br><br>          Debtor. | Chapter 11<br>Case No. 06-13020-JNF |
| 655 CORPORATION,<br><br>          Plaintiff<br><br>v.<br><br>NEW ENGLAND PHOENIX CO., INC., CATHAY BANK (as successor by merger to General Bank), LBM FINANCIAL LLC and BARBARA A. BUCKLEY,<br><br>          Defendants. | Adversary Proceeding No. 06-1435-JNF |

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that on April 17, 2007, I caused copies of 655 *Corporation's Opposition to Defendant New England Phoenix Co., Inc.'s Motion to Dismiss the Amended Objection to Claim and Amended Complaint for Determination of Validity, Priority and Extent of Alleged Security Interest and Related Relief* to be served on the parties set forth below at the addresses indicated thereon by first class mail, postage prepaid or via the Court's electronic notification system.

April 17, 2007                                                          /s/ Kathleen A. Rahbany
                                                                                   Kathleen A. Rahbany

John C. LaLiberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(ECF)

John J. Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(ECF)

David B. Madoff
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA 02035

Paul T. Sheils, Esq.
10 Tremont Street
Suite 300
Boston, MA 02108

Bruce D. Levin
Bernkopf, Goodman LLP
Suite 1300
125 Summer Street
Boston, MA 02110
(ECF)