UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| 655 CORPORATION, | ) CHAPTER 11 |
| | ) CASE NO. 06-13020-JNF |
| Debtor. | ) |

| | |
|---|---|
| In re | ) |
| | ) |
| 655 CORPORATION, | ) Adversary Proceeding No. 06-1435 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND PHOENIX CO., INC. | ) |
| CATHAY BANK (as successor by merger to | ) |
| General Bank), LBM FINANCIAL LLC and | ) |
| BARBARA A. BUCKLEY, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 7041, all parties to this Adversary Proceeding hereby stipulate, as follows:

1. The Plaintiff, New England Phoenix Co., Inc. and Barbara A. Buckley stipulate to the dismissal of this adversary proceeding with prejudice, without interest, without costs, without attorneys' fees and waiving all rights to appeal.

367459v1

2. The Plaintiff, LBM Financial LLC and Cathay Bank stipulate to the dismissal of this adversary proceeding, without prejudice, without interest, without costs, without attorneys' fees and waiving all rights to appeal.

| | |
|---|---|
| MARK G. DEGIACOMO, CHAPTER 11 TRUSTEE OF THE ESTATE OF 655 CORPORATION, | NEW ENGLAND PHOENIX CO., INC. |
| | By its Attorney, |
| ___/s Mark G. DeGiacomo_____ | ___/s/ John C. LaLiberte*_____ |
| Mark G. DeGiacomo, Esq. BBO #118170 | John C. La Liberte, Esq. BBO#556046 |
| Taruna Garg, Esq. BBO #654665 | Sherin and Lodgen LLP |
| Murtha Cullina LLP | 101 Federal Street |
| 99 High Street | Boston, MA 02110 |
| Boston, MA 02110 | 617-646-2000 |
| 617-457-4000 | |
| | LBM FINANCIAL, LLC |
| CATHAY BANK | |
| | By its Attorneys |
| By its Attorneys, | |
| | ___/s/ Bruce D. Levin*_____ |
| ___/s/ Bruce D. Levin*_____ | Bruce D. Levin BBO# 548136 |
| Bruce D. Levin BBO# 548136 | Bernkopf Goodman LLP |
| Bernkopf Goodman LLP | 125 Summer Street |
| 125 Summer Street | Boston, MA 02110 |
| Boston, MA 02110 | (617) 790-3000 |
| (617) 790-3000 | |

BARBARA BUCKLEY
By her Attorneys,

 /s/ Paul T. Sheils*_____
Paul T. Sheils BBO#457240
10 Tremont Street, Suite 300
Boston, MA 02108
(617) 973-0600

Dated: October 29, 2007

*Pursuant to MLBR, I, Taruna Garg, Esq. hereby certify that I have the authority to sign this motion on behalf of counsel, as indicated above.

                                                                       ___/s/ Taruna Garg_____

367459v1